UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

SEAN HERDER,

      Plaintiff,

vs.

ONEMAIN FINANCIAL, INC.,

      Defendant.

No. 13 cv 87 EJM

ORDER

This matter is before the court on defendant's resisted motion to Dismiss and Compel Arbitration, filed November 1, 2013. Briefing concluded November 21, 2013. Denied.

In February 2013, plaintiff, then on reserve status with the U.S. Army, applied for and was denied employment by defendant. In his complaint, filed August 28, 2013, plaintiff alleges that this application for employment was denied by defendant because of his status in the military reserve, in violation of the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. sections 4301-4335 (USERRA.) Plaintiff had previously worked for defendant from August 3, 2010 to October 25, 2011, at which time he voluntarily resigned. During this previous employment, plaintiff agreed, as a term and condition of his employment, to submit any dispute relating to his employment to binding arbitration. Defendant now seeks to dismiss and compel arbitration under this previous agreement to arbitrate, and the Federal Arbitration Act (FAA), 9 U.S.C. section 1, et seq.

The test to compel arbitration under the FAA requires a currently valid agreement to arbitrate between the parties. Faber v. Menard, Inc., 367 F.3d 1048, 1052 (8th Cir. 2004.) The court finds that the agreement to arbitrate under plaintiff's previous employment ended with plaintiff's resignation on October 25, 2011, because it was a term and condition, and thus part, of that previous employment. The court finds that there is currently no valid agreement to arbitrate between the parties. Therefore, the test is not met.

It is therefore

ORDERED

Denied.

December 3, 2013

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT